ACCEPTED
03-15-00279-CV
6325719
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 11:10:06 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00279-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 11:10:06 AM
JEFFREY D. KYLE
~~Clerk~~

In the Court of Appeals for the
Third District of Texas at Austin

THE CITY OF HOUSTON,

*Appellant*

v.

KEN PAXTON, ATTORNEY GENERAL OF TEXAS,

*Appellee*

On Appeal from the 261st Judicial District Court
Travis County, Texas
Trial Court Case No. D-1-GN-14-001654

**Appellant's Unopposed Motion to Dismiss**

To the Honorable Third Court of Appeals:

Appellant respectfully asks that the Court dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). The City does not wish to further pursue its appeal of the summary judgment in the above-referenced cause.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
JUDITH L. RAMSEY
Chief, General Litigation Section

By:  /s/ Mary Beth Stevenson
    Mary E. ("Mary Beth") Stevenson
    Assistant City Attorney
    SBN: 24072366
    CITY OF HOUSTON LEGAL
    DEPARTMENT
    900 Bagby, 4th Floor
    Houston, Texas 77002
    Telephone:  832.393.6269
    Facsimile:   832.393.6259
    marybeth.stevenson@houstontx.gov

*Attorneys for Appellant City of Houston*

## Certificate of Conference

I hereby certify that I have conferred with Appellee's counsel and that Appellee is unopposed to this motion.

/s/ *Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson

2

## Certificate of Service

I hereby certify that on this 3rd day of August, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Kimberly L. Fuchs
Assistant Attorney General
Open Records Litigation
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
kimberly.fuchs@texasattorneygeneral.gov

*Attorney for Appellee*

/s/ *Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson